1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRA HUIZAR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AT&T MOBILITY LLC and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 19-6020-DMG (MRWx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 [21]** |

1 | Pursuant to the parties' Stipulation, and good cause appearing,
2 | IT IS HEREBY ORDERED THAT:
3 | 1. The above-captioned action is hereby dismissed in its entirety pursuant
4 | to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("FRCP");
5 | 2. Pursuant to FRCP 41(a)(1)(B), the dismissal is with prejudice as to all
6 | of Plaintiff's claims; and
7 | 3. The parties shall bear their own fees and costs.

DATED: July 8, 2020

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE